[No. 10594–6–III.   Division Three.   May 21, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. REY DIAZ RODRIQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–1–02108–6, Heather Van Nuys, J., entered January 31, 1990. *Affirmed* by unpublished opinion

per Shields, J., concurred in by Green, C.J., and Munson, J. Partially published at 61 Wn. App. 391.